**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**MINUTE ORDER**

**Case No.:** 3:17-cr-00291-MO-1　　　　　　　　　　　　　　**Date of Proceeding:** December 8, 2022

**Case Title:** USA v. Koffie

**Presiding Judge:** Hon. Michael W. Mosman　　　　　　　　**Courtroom Deputy:** Jody Harper
chambers_mosman@ord.uscourts.gov
Telephone number (503) 326-8033

**Reporter:** Bonita Shumway

**DOCKET ENTRY: Minutes of Proceedings:** Pretrial Motions Hearing held.

Hearing held before Judge Michael W. Mosman on Defendant's
- Motion to Suppress Evidence for Failure to Provide a Copy of Search Warrant and Affidavit, and Due to Second Entry [ECF 199];
- Motion for Disclosure of Informant Information [ECF 200];
- Motion for Disclosure of Intent to Use Evidence of Prior Bad Acts [ECF 201];
- Motion for Discovery of *Henthorn* Information [ECF 202];
- Motion to Dismiss Count 2 of the Superseding Indictment [ECF 203];
- Motion for Early Production of Jencks Act Material [ECF 204];
- Motion for Reconsideration of Motions to Suppress [ECF 207]; and
- Motion to Suppress Mail Intercept [ECF 208].

For reasons stated on the record, the Court made the following rulings:
1. Motion to Suppress Evidence for Failure to Provide a Copy of Search Warrant and Affidavit, and Due to Second Entry [ECF 199] is DENIED;
2. Motion for Disclosure of Informant Information [ECF 200] is DENIED as moot;
3. Motion for Disclosure of Intent to Use Evidence of Prior Bad Acts [ECF 201] is GRANTED, and the prosecution must produce such FRE 404(b) evidence by 1/16/2023;
4. Motion for Discovery of *Henthorn* Information [ECF 202] is GRANTED; by tomorrow, the prosecution shall file a list of which *Henthorn* material it has on hand and which material it must request; the prosecution shall produce its *Henthorn* information by 1/16/2023;
5. Motion to Dismiss Count 2 of the Superseding Indictment [ECF 203] is DENIED;
6. Motion for Early Production of Jencks Act Material [ECF 204] is GRANTED, and the prosecution shall produce such material by 1/16/2023 and any newly discovered material following 1/16/2023 within 48 hours of receiving it;
7. Motion for Reconsideration of Motions to Suppress [ECF 207] is DENIED; and
8. Motion to Suppress Mail Intercept [ECF 208] is DENIED.

The Court received the following exhibits:
1. Government's Exhibit 1;
2. Government's Exhibit 2; and
3. Defendant's Exhibit 138.

**Minutes**