UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>HENRY KONAH KOFFIE, AKA<br>Narcoboss, AKA Dnmkingpin,<br><br>  Defendant - Appellant. | No. 23-4199<br><br>D.C. No.<br>3:17-cr-00291-MO-1<br><br>District of Oregon,<br>Portland<br><br>MANDATE |

The judgment of this Court, entered April 16, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT